# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JASON BARRETT,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 3:16-cv-119

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #18), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. #18) is **ADOPTED** in full;

2. Plaintiff's unopposed Motion for Attorney's Fees (Doc. #16) be **GRANTED**;

3. Plaintiff's Counsel be **AWARDED** the requested sum of $16,405.00 in attorney's fees;

4. Plaintiff's Counsel refund Plaintiff, within **FOURTEEN (14) DAYS**, the EAJA fee previously awarded to Counsel; and

5. This case remains **TERMINATED** on the docket of this Court.

Date: 8-27-19

/s/ Walter H. Rice
WALTER H. RICE
UNITED STATES DISTRICT JUDGE